**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No. 15-24931-EPK
                                                                Chapter 11

DAYA MEDICALS, INC.,

     Debtor.
_____/

**OMNIBUS OBJECTION TO:**
**CLAIM #3 OF WEXFORD SCIENCE & TECHNOLOGY, LLC AND**
**CLAIM #4 OF WEXFORD MIAMI, LLC**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**CLAIMANT RECEIVING THIS**
**OBJECTION SHOULD LOCATE YOUR**
**NAME AND CLAIM HEREIN**

     This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

     If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

     If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

     The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007[1] and Local Rule 3007-1, DAYA MEDICALS, INC., the Debtor

---

[1] Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one

in this case, (the "Debtor") objects to the following claims in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| Claim 3 | Wexford Science & Technology, LLC | $1,387,333.33 | **Objection** – This claim is based upon the breach of a promissory note for working capital. Of the $1,387,333.33 total amount of the claim, $845,333.33 is for late payment penalties. This late payment penalty is in addition to accrued interest. The Debtor objects to this $845,333.33 penalty as an unenforceable penalty as it is disproportionate to the damages, it was agreed upon in order to enforce performance, and it is held *in terrorem* over the Debtor.<br><br>**Recommended Disposition:**<br>Reduce the amount of the claim by $845,333.33. |
| Claim 4 | Wexford Miami, LLC | $200,000.00 | **Objection** – This claim is based upon a grant that was conditioned upon the Debtor not defaulting on a Lease agreement. Upon default, the Debtor would owe $200,000.00 multiplied by the fraction of the number of days remaining in the term of the Lease divided by 3,650 which was the full term of the Lease. This $200,000.00 claim does not take into account the amount of time that the Debtor performed under the Lease and must be adjusted accordingly.<br><br>**Recommended Disposition:**<br>Reduce the amount of the claim according to the terms of the Grant Agreement with an evidentiary showing of the number of days that the Debtor performed under the Lease. |

pleading. (See Local Rule 3007-1(C).

2

|  |  |  |  |
|--|--|--|--|

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this Court set forth in Local Rule 2090-1(A).

                Respectfully Submitted,

                LAW OFFICE OF
                MICHAEL D. MOCCIA, P.A.
                Counsel for the Debtor
                1200 North Federal Highway, Suite 200
                Boca Raton, Florida 33432
                Telephone: (561) 210-8510
                Facsimile: (561) 210-8509
                Email: mdm@moccialaw.com

            By:  ___s/ Michael D. Moccia_____
                Michael D. Moccia
                Florida Bar No.: 44658