# Michael D. Moccia, Esq.

| | |
|---|---|
| **From:** | jkdaya@gmail.com on behalf of Justin Daya <jd@dayamed.com> |
| **Sent:** | Sunday, August 23, 2015 5:59 PM |
| **To:** | Michael D. Moccia, Esq. |
| **Cc:** | kd@dayamed.com |
| **Subject:** | Fwd: Klein v. Daya Medicals, Inc., et al., Broward Cir. Court, Case No. 12-016148 (05) |

FYI...let's discuss tomorrow.

---------- Forwarded message ----------
From: **Eric R. Stanco** <erstanco@suretylaw.com>
Date: Sun, Aug 23, 2015 at 5:55 PM
Subject: Re: Klein v. Daya Medicals, Inc., et al., Broward Cir. Court, Case No. 12-016148 (05)
To: Justin Daya <jd@dayamed.com>, "kd@dayamed.com" <kd@dayamed.com>

Dear Mr. Daya and Dr. Daya:

As you are aware, on August 18, 2015, the court entered an Order appointing Scott Smiley, Esquire receiver over the patents and other intellectual property owned by you. Pursuant to the court's prior order dated August 6, you both are required to execute the assignments, which were attached as Exhibits "C" and "D," "immediately" upon the receiver's appointment.

I am requesting that you reply to this email with copies of those personal assignments that you executed pursuant to the August 6 Order. In addition, please reply as to whether you have already sent the executed assignments to Mr. Smiley.

Thank you for your assistance.

Rick Stanco

Eric R. Stanco
Stanco & Robinson LLC
2390 Tamiami Trail North
The Chamber Building, Suite 216
Naples, Florida 34103
(239) 263-7755
(239) 263-8955 (facsimile)

2719 Hollywood Blvd.,
Hollywood, Florida 33020
(954) 880-1177
(954) 248-3008 (facsimile)

126 C Street, N.W.
Washington, DC 20001
(202) 331-8822
(202) 331-9705 (facsimile)

428 Fourth Street
Suite Three
Annapolis, MD 21403
(410) 295-6606
(410)295-6616 (facsimile)
erstanco@suretylaw.com


*Confidentiality Notice:*   This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately.  Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230. A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.

---

**From:** jkdaya@gmail.com <jkdaya@gmail.com> on behalf of Justin Daya <jd@dayamed.com>
**Sent:** Thursday, July 30, 2015 11:25 AM
**To:** Mitchell Adler
**Cc:** Justin Daya; kd@dayamed.com; Eric R. Stanco
**Subject:** Re: FW: Message from Brickell Copier

Mitch,

I am drafting a response now to the court orders.  Please give me the courtesy of 15 minutes.  Thank you.

**Justin**

On Thu, Jul 30, 2015 at 11:21 AM, Mitchell Adler <Mitchell.Adler@gmlaw.com> wrote:

2

Justin-

The names of the proposed Receiver's, on behalf of Dana Klein and DKMC, Inc. are as follows:

1. Scott Smiley, Esq.

2. Michael Phelan, MBA

3. Eric N. Assouline, Esq.*

*in complete disclosure, attorney Peter Koziol is an attorney at Assouline & Berlowe and was previously consulted by plaintiff for the limited purpose of performing a patent search.

Copies of the CV's and/or background materials of these individuals are attached.

I will be submitting the names of the proposed Receivers, along with the proposed orders to the Court by the close of business today. The orders were sent to you on July 27 by Rick Stanco (see attahced email), and again on July 2 by myself (see attached email), with the slight revision. I have received no response or comments to these orders and will advise the Court accordingly.

Regards,

*Please note my new address:*

GreenspoonMarder LAW

Mitchell D. Adler, Esq.

Shareholder

Greenspoon Marder, P. A.

2255 Glades Road

Suite 400-E

Boca Raton, Florida 33431

(888) 491-1120 -  Toll Free/Ext. 1232

(954) 267-8008 -  Direct Phone

(954) 267-8009 -  Direct Fax

(954) 647-7044 -  Cell

mitchell.adler@gmlaw.com


The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, ''written advice'' as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.


--

**Justin Daya**, CEO.
www.dayamed.com
Cell: 954 501 4907

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6081 / Virus Database: 4392/10324 - Release Date: 07/28/15

--
**Justin Daya**, CEO.
www.dayamed.com
Cell: 954 501 4907

