## Michael D. Moccia, Esq.

**From:** jkdaya@gmail.com on behalf of Justin Daya <jd@dayamed.com>
**Sent:** Monday, August 24, 2015 3:41 PM
**To:** Michael D. Moccia, Esq.
**Subject:** Fwd: Request for Meeting

---------- Forwarded message ----------
From: **Scott Smiley** <scott@conceptlaw.com>
Date: Monday, August 24, 2015
Subject: Request for Meeting
To: "jd@dayamed.com" <jd@dayamed.com>, "kd@dayamed.com" <kd@dayamed.com>

Dear Messrs. Daya,

I have been appointed Receiver in Case No. 12-016148 (05) per Judge Lynch's order of August 18, 2015. Per that order, I am to receive the assets of Daya Medicals, Inc. and have the discretion to take custody of your personal intellectual property assets.

Please know, I am a neutral in this case and will working toward reaching a fair resolution. Before taking any action, I would like to have an in-person meeting with you so that I can ascertain what actions will be best suited for reaching the goal of satisfying the judgement against you. I understand you have expressed that your company has contracts in place at this time. I am interested in hearing about those contracts.

Please let me know if you are able to attend a meeting at my office at 10:00 on Wednesday morning.

Best Regards,

Scott Smiley

**THE CONCEPT LAW GROUP, P.A.**

**AN INTELLECTUAL PROPERTY LAW FIRM**

MUSEUM PLAZA

200 SOUTH ANDREWS AVENUE, SUITE 100

FORT LAUDERDALE, FLORIDA 33301

OFFICE:    (754) 300-1500

FAX:    (754) 300-1501

WWW.CONCEPTLAW.COM

SCOTT@CONCEPTLAW.COM


**NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.**



--
**Justin Daya**, CEO.
www.dayamed.com
Cell: 954 501 4907

