## Michael D. Moccia, Esq.

**From:**       Scott Smiley <scott@conceptlaw.com>
**Sent:**        Tuesday, August 25, 2015 5:16 PM
**To:**          Michael D. Moccia, Esq.
**Subject:**    RE: Daya Medicals, Inc.


Hi Michael,

I have had every single minute of the last two days booked.  I would very much like to speak to you as soon as possible.  I will call you tomorrow.

Best Regards,

Scott Smiley


## THE CONCEPT LAW GROUP, P.A.
### AN INTELLECTUAL PROPERTY LAW FIRM

MUSEUM PLAZA
200 SOUTH ANDREWS AVENUE, SUITE 100
FORT LAUDERDALE, FLORIDA 33301
OFFICE:     (754) 300-1500
FAX:         (754) 300-1501
WWW.CONCEPTLAW.COM
SCOTT@CONCEPTLAW.COM

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

---

**From:** Michael D. Moccia, Esq. [mailto:mdm@moccialaw.com]
**Sent:** Tuesday, August 25, 2015 12:19 PM
**To:** Scott Smiley <scott@conceptlaw.com>
**Subject:** Daya Medicals, Inc.

Mr. Smiley:

I represent Daya Medicals, Inc., Justin Daya, and Dr. Kanti Daya.  It seems we have been playing phone tag.  I wanted to introduce myself as I have filed a Notice of Appearance in the trial court case, yet Mr. Stanco continues to contact my clients directly as I'm sure he directed you to do the same.

I was not sure if you were aware, but Daya Medicals, Inc. filed for Chapter 11 last week.  Attached please find a courtesy copy of the Suggestion of Bankruptcy.  Mr. Stanco has requested that my clients execute an assignment of the IP assets to you, however, doing so would violate the automatic stay.

As was testified to at the trial in this matter, Daya Medicals, Inc. owns all of the IP that is subject to the receivership order.  This is evidenced by a corporate resolution from 2004 that assigns all of the IP, both present and future, from Justin Daya and Dr. Kanti Daya to the Company.  As a result, it is our position that the automatic stay covers all of the IP subject to the receivership order.

I would be happy to discuss this matter further at your convenience.

Sincerely,

**Michael D. Moccia**
**Principal Attorney**
**Law Office of Michael D. Moccia, P.A.**

**1200 North Federal Highway**
**Suite 200**
**Boca Raton, Florida 33432**

**Telephone: (561) 210-8510**
**Facsimile: (561) 210-8509**

**Email: mdm@moccialaw.com**
**Web: http://www.moccialaw.com**

CONFIDENTIALITY NOTICE:
This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Further, you are requested to please notify us immediately by telephone and return the original message to us at the above address.