IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.: 12-016148 (05)

**DANA L. KLEIN and**
**DKMC, INC.,**

    **Plaintiffs,**

v.

**DAYA MEDICALS, INC.,**
**JUSTIN K. DAYA, and**
**KANTILAL DAYA (a/k/a KANTI DAYA),**

    **Defendants.**
_____/

## NOTICE OF FILING PROOF OF INTELLECTUAL PROPERTY BEING OWNED BY DAYA MEDICALS, INC.

PLEASE TAKE NOTICE that the following attached documents are filed to prove ownership of the intellectual property subject to the Court's August 6, 2015 Order Appointing Receiver by Daya Medicals, Inc.:

- Exhibit A - Corporate Resolution Dated May 28, 2004
- Exhibit B - Corporate Name Change filed December 6, 2007
- Exhibit C - Affidavit of Justin K. Daya
- Exhibit D - Excerpt of Transcript from hearing on Motion to Appoint Receiver held on July 23, 2015 (Attention to Lines 13 - 18)

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered via the delivery method specified on the attached service list on this 28th day of August, 2015.

**LAW OFFICE OF**
**MICHAEL D. MOCCIA, P.A.**
Attorneys for Defendants
1200 N Federal Hwy, Suite 200
Boca Raton, Florida  33432
Telephone:     (561) 210-8510
Facsimile:      (561) 210-8509
Email:             mdm@moccialaw.com


By:        /s/ Michael D. Moccia
     **Michael D. Moccia**
     **Florida Bar No.  44658**

## SERVICE LIST

**Electronically via State Filing Portal**

Mitchell D. Adler, Esq.
Greenspoon Marder, PA
2255 Glades Road, Suite 400E
Boca Raton, Florida 33431
Email: mitchell.adler@gmlaw.com; lynn.thompson@gmlaw.com; cherie.foletta@gmlaw.com

Eric R. Stanco, Esq.
Stanco & Robinson, LLC
2390 Tamiami Trail North, Suite 216
Naples, Florida 34103
Email: erstanco@suretylaw.com; rickstanco@yahoo.com

# Exhibit A

## Corporate Resolution of Beacon Biologicals, Inc.

### Resolution 2004-01

**IT IS HEREBY RESOLVED**, and effective from this undersigned date henceforth, that Dr. Kantilal Daya and Mr. Justin Daya (collectively "Founders") of Beacon Biologicals, Inc. hereby grant to Beacon Biologicals, Inc. ("Corporation") full right, use of, and ownership of any and all intellectual property and trademarks owned, developed, or to be developed by the Founders, upon the occurrence of any of the following conditions:

1. The intellectual property becomes integral or necessary to the business operations of the Corporation; or
2. The Corporation in anyway facilitates the development of the intellectual property and trademarks; or
3. The Corporation is subject to a merger or acquisition.

I, Kantilal Daya, acting as CEO of Beacon Biologicals, Inc., hereby certify that the Corporation is incorporated under the laws of Florida with its principle place of business located at 6004 Glendale Drive, Boca Raton, Florida 33433. I, Kantilal Daya, also certify that the above is an accurate representation of the resolution passed by all members of the board on May 28th 2004 in Boca Raton, Florida.

_____  May 28, 2004
Dr. Kantilal Daya            Date
Chief Executive Officer,
Chairman of the Board,
Secretary, and Founder

_____  May 28, 2004
Justin Daya                  Date
Member of the Board,
and Founder

# Exhibit B

FROM : FLORIDA FILING          FAX NO. :8502160460          Dec. 06 2007 10:19AM P2

H 0 7 0 0 0 2 9 3 4 7 9

## Articles of Amendment
## to
## Articles of Incorporation
## of

Beacon Biologicals, Inc.
(Name of corporation as currently filed with the Florida Dept. of State)

P96000009186
(Document number of corporation (if known))

FILED 2007 DEC -6 PM 2:43 SECRETARY OF STATE TALLAHASSEE, FLORIDA

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

### NEW CORPORATE NAME (if changing):

Days Medicals, Inc.
(Must contain the word "corporation," "company," or "Incorporated" or the abbreviation "Corp.," "Inc.," or "Co.")
(A professional corporation must contain the word "chartered", "professional association," or the abbreviation "P.A.")

### AMENDMENTS ADOPTED- (OTHER THAN NAME CHANGE) Indicate Article Number(s) and/or Article Title(s) being amended, added or deleted: (BE SPECIFIC)

Article 3.: The number of shares of Common Stock authorized to have outstanding is

100,000,000, par value $0.001. The company will have authorized 5,000,000 shares of Preferred Stock,

in different series and/or classes as determined by the board of directors.

(Attach additional pages if necessary)

If an amendment provides for exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself: (if not applicable, indicate N/A)

(continued)

H 0 7 0 0 0 2 9 3 4 7 9

FROM :FLORIDA FILING                FAX NO. :8502160460                Dec. 06 2007 10:19AM  P3

H 0 7 0 0 0 2 9 3 4 7 9

The date of each amendment(s) adoption: **December 05, 2007**

Effective date if <u>applicable</u>: **December 06, 2007**
(no more than 90 days after amendment file date)

**Adoption of Amendment(s)**       **(CHECK ONE)**

☑ The amendment(s) was/were approved by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

   "The number of votes cast for the amendment(s) was/were sufficient for approval by
   _____."
   (voting group)

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Signature _____
(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

**Konti Days**
(Typed or printed name of person signing)

**President**
(Title of person signing)


**FILING FEE: $35**

# Exhibit C

## Affidavit of Justin K. Daya

Justin K. Daya, being duly sworn, deposes and says as follows:

1. I am the CEO of Defendant, Daya Medicals, Inc. (formerly known as Beacon Biologicals, Inc.) (hereafter "Company").

2. All of the patents and other intellectual property listed in Schedule "A" of the Order Appointing Receiver dated August 6, 2015 ("IP") are owned by the Company.

3. This is evidenced by a corporate resolution dated May 28, 2004 that grants to the Company:

   > "full right, use of, and ownership of any and all intellectual property and trademarks owned, developed, or to be developed by [Dr. Kantilal Daya and/or Justin Daya], upon the occurrence of any of the following conditions:
   >
   > 1. The intellectual property becomes integral or necessary to the business operations of the [Company]; or
   > 2. The [Company] in anyway facilitates the development of the intellectual property and trademarks; or
   > 3. The [Company] is subject to a merger or acquisition."

4. The IP has become integral and/or necessary to the business operations of the Company.

5. Further, the Company has facilitated the development of the IP.

6. Since conditions 1 and 2 of the corporate resolution dated May 28, 2004 have been fulfilled, the IP is owned by the Company.

7. Ownership of the IP by the Company is further evidenced by my testimony where I consistently testified that the IP was owned by the Company.

8. There has been no evidence presented that contradicts the facts attested to in this affidavit.

9. Based on the foregoing, the IP is owned by the Company and subject to any stay relating to the Company.

IN WITNESS WHEREOF, the undersigned has executed this affidavit on this 27 day of August, 2015.

_____
Justin K. Daya

STATE OF FLORIDA           )
COUNTY OF PALM BEACH       )

Sworn to and subscribed before me on this 27 day of August, 2015, by Justin K. Daya, who has (X) produced FL#D000-431-84-066-0 as identification or ( ) is personally known by me.

[SEAL]

_____
Notary Public

ROLANDE M RENAUD
Notary Public - State of Florida
My Comm. Expires Oct 5, 2018
Commission # FF 130662
Bonded Through National Notary Assn.

2

# Exhibit D

```
 1   licensed to our corporation.
 2        Q.    Okay.  On behalf of the company, as the
 3   president of the company, are those assets available
 4   to be sold on the open market to satisfy the
 5   judgment?
 6        A.    Your Honor, I --
 7        Q.    I'm not a judge.
 8        A.    Or Mr. Adler, excuse me, I don't know.
 9   They're -- they've been licensed to a corporation.
10   What --
11        Q.    That's fine.  You don't know?
12        A.    What the corporation does --
13        Q.    But they are an asset of the company and
14   they are an asset of yourself and your father,
15   correct?
16        A.    The, the stock is -- the patents are an
17   asset of the corporation and the corporation is
18   owned by us or by myself.
19        Q.    Do you recall -- and you also own the
20   stock, the patents individually as well, correct?
21        A.    I don't know.  I --
22        Q.    You don't know if you own patents?
23        A.    I know it's licensed to a corporation
24   and --
25        Q.    Do you see that answer to the Fact
```