**Michael D. Moccia, Esq.**

| | |
|---|---|
| **From:** | Scott Smiley <scott@conceptlaw.com> |
| **Sent:** | Thursday, February 11, 2016 3:34 PM |
| **To:** | Michael D. Moccia, Esq. |
| **Subject:** | RE: Klein v. Daya |

Not true. I have only just recently asked the Dayas to sign the Court's ordered assignment.

I'll get with you when I'm back from vacation.

Scott


Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Michael D. Moccia, Esq." <mdm@moccialaw.com>
Date: 02/11/2016 2:12 PM (GMT-06:00)
To: Scott Smiley <scott@conceptlaw.com>
Subject: Klein v. Daya

Scott,

I hope all is well.  I was at a hearing a little while ago on the Daya matter and Mr. Stanco represented to the Court that you were in the process of putting together a contempt motion against Mr. Daya.  I just wanted to confirm whether this was a true representation to the Court by Mr. Stanco.

Sincerely,

***Michael D. Moccia***
**Principal Attorney**
**Law Office of Michael D. Moccia, P.A.**

**1200 North Federal Highway**
**Suite 200**
**Boca Raton, Florida 33432**

**Telephone: (561) 210-8510**
**Facsimile: (561) 210-8509**

**Email: mdm@moccialaw.com**
**Web: http://www.moccialaw.com**

CONFIDENTIALITY NOTICE:
This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Further, you are requested to please notify us immediately by telephone and return the original message to us at the above address.