

Museum Plaza
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301
Tel: (754) 300-1500 www.ConceptLaw.com
Fax: (754) 300-1501 Info@ConceptLaw.com

---

February 8, 2016

Via Certified Mail: 7015 1730 0001 8975 6868

Mr. Kantilal Daya
Mr. Justin Daya
5139 Point Alexis Drive
Boca Raton, FL 33486

**Re: Order Appointing Receiver**

Dear Messrs. Daya:

As you are aware, in his Order Appointing Receiver (the "Order") and his subsequent Amended Order of Appointment of Receiver (the "Amended Order"), Judge Lynch, IV, appointed me as receiver in your case against Dana Klein and DKMC, Inc. The Order and Amended Order are attached for your convenience. The Order required, *inter alia*, that I "take custody and possession of the assets of Daya Medicals, Inc,, wherever found" and that I "take custody and possession of the patents, patent applications and other intellectual property of Justin K. Daya and/or Kantilal Daya, including, without limitation, the patents, patent applications and other intellectual property listed in the attached Schedule 'A,' for the sole purpose of satisfying the Amended Final Judgment" on August 24, 2015."

The undersigned, after investigation into the status of all assets in Schedule A and discussions with both parties, determined assignment of said assets would not be in the best interest of Plaintiff until Defendant had responded to "Office Actions" issued on U.S. Patent Application Nos. 13/959,013 and 13/750,629. Defendant did in fact respond to said Office Actions.

You are now hereby ordered to execute, notarize, and return to me the attached assignments. The assignment documents must be returned to my office no later than Friday, February 19, 2016. Should you fail to do so, I will have no choice but to inform the court of your refusal to follow its Order. Therefore, if you do not intend to comply with the Court's Order, which includes my request herein, please express your basis for such refusal so I can accurately convey it to Judge Lynch, IV. Should you have a barrier preventing you from complying with the timeline, please inform me in writing of the reason and anticipated time of compliance.

Best regards,

Scott D. Smiley
For the Firm

cc: Mr. Michael D. Moccia; Mr. Eric Stanco

Case No. 12-016148 (05)

# Schedule "A"

NOT OFFICIAL COPY

**Patent Registrations:**

| Inventor(s): | Applicant(s): | PTO Number: |
|---|---|---|
| KD/JD | KD | 20130317645 US |
| KD/JD | JD | 20130193621 US |
| KD | DM | WO2012109229 |
| KD/JD | DM | EP2456407 |
| KD/JD | KD | 20120101630 US |
| --- | DM | 217549 IL |
| KD | DM | 177672 SG |
| KD | DM | WO2011011114 |
| KD | DM | 2768316 CA |
| JD/KD | KD | 20100305967 US |
| JD/KD | KD | 20100100391 US |
| KD | DM | 2705490 EP |
| KD | Rxcera Pharm | 20070112593 US- also assigned |
| KD/JD | DM | 2010274961 |
| KD/JD | DM | CA 2768316 |
| KD/JD | DM | 2010305975 US |
| JD/KD | DM | MX2012000903 |
| JD/KD | JD/KD | WO2013112882 |
| KD/JD | KD/JD | US2013317645 |
| KD/JD | DM | EP2705490 |
| KD/JD | DM | CA140866 |
| --- | Assignment from Robrady | D650986 |
| JD/KD | Assigned to DM | EP20120744924 |

**Registered Trademarks:**

Carvasin- 85192173

Medpod- 85192155

[Key: DM: Daya Medicals, Inc.; JD: Justin K. Daya; KD: Kanitlal Daya]

NOT OFFICIAL COPY

APPLICATION NUMBER: 11348786 FILING DATE: 02/07/2006
PATENT NUMBER: ISSUE DATE:
TITLE: SELECTION SYSTEM, DISPENSING SYSTEM AND TREATMENT WITH A ONE-A-DAY COMBINATION PILL FOR HYPERTENSION, HYPERCHOLESTEROLEMIA, HYPERTRIGLYCERIDEMIA AND ANTI-PLATELET TREATMENT

APPLICATION NUMBER: 12570427 FILING DATE: 09/30/2009
PATENT NUMBER: ISSUE DATE:
TITLE: PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME

APPLICATION NUMBER: 12790336 FILING DATE: 05/28/2010
PATENT NUMBER: ISSUE DATE:
TITLE: PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME

APPLICATION NUMBER: 12823950 FILING DATE: 06/25/2010
PATENT NUMBER: ISSUE DATE:
TITLE: PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME

APPLICATION NUMBER: 13091979 FILING DATE: 04/21/2011
PATENT NUMBER: ISSUE DATE:
TITLE: PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME

APPLICATION NUMBER: 13750629 FILING DATE: 01/25/2013
PATENT NUMBER: ISSUE DATE:
TITLE: SYSTEMS AND METHODS OF ON-DEMAND CUSTOMIZED MEDICAMENT DOSES BY 3D PRINTING

APPLICATION NUMBER: 13959013 FILING DATE: 08/05/2013
PATENT NUMBER: ISSUE DATE:
TITLE: PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME

APPLICATION NUMBER: 29380281 FILING DATE: 12/02/2010
PATENT NUMBER: D650986 ISSUE DATE: 12/27/2011
TITLE: MEDICATION STORAGE AND DELIVERY DEVICE

APPLICATION NUMBER: FILING DATE: 01/25/2013
PATENT NUMBER: ISSUE DATE:
PCT NUMBER: US2013023212
TITLE: SYSTEMS AND METHODS OF ON-DEMAND CUSTOMIZED MEDICAMENT DOSES BY 3D PRINTING

All patents and intellectual property as they relate to those enclosed in this document and on the disc submitted registered and pending in Brazil, South Africa, Korea, Israel, India, and Eurasia.
All patents and intellectual property as they relate to those listed on the Daya Medicals, Inc. website as owned by Daya Medicals, Justin Daya and/or Kantilal (Kanti) Daya: Carvasin, Daya Syphilis Test, the Medpod, and the D-Mantoux Test.
All registrations, trademarks, domain names, websites, trade names, copyright, registrations, contracts, and other intellectual property and rights owned by Kantilal (Kanti) Daya, Justin Daya, and/or Daya Medicals, Inc.

| Publication Number | Kind Code | Title | Priority Application | Publication Date | Application Number | Application Date | Assignee | Inventor | MemberList | PDF |
|---|---|---|---|---|---|---|---|---|---|---|
| AU2010274961 | AA | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME | US20090271292P 20090720 ; US20090570427 20090930 ; WO2010US36677 20100528 ; | 20110127 | AU2010274961 | 20100528 | DAYA MEDICALS INC ; | DAYA JUSTIN ; DAYA KANTILAL KASAN , | AU2010274961 AA; AU2010274961 AA, CA2768316 AA; CN102497847 A; EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A, MX2012000903 A1; SG177672 A1, US2007112593 AA; US2010100391 AA; US2010305967 AA; US2010305975 AA; US2012101630 AA; US2013317645 AA, WO11011114 A2; WO11011114 A3, WO12109229 A2; | Click for PDF |
| AU2010274961 | AA | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME | US20090271292P 20090720 , US20090570427 20090930 ; WO2010US36677 20100528 ; | 20110127 | AU2010274961 | 20100528 | DAYA MEDICALS INC ; | DAYA JUSTIN ; DAYA KANTILAL KASAN ; | AU2010274961 AA, AU2010274961 AA; CA2768316 AA, CN102497847 A, EP2456407 A2; EP2705490 A2, IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1; SG177672 A1; US2007112593 AA; US2010100391 AA, US2010305967 AA, US2010305975 AA; US2012101630 AA, US2013317645 AA; WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| CA2768316 | AA | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME ; | US20090271292P 20090720 ; US20090570427 20090930 ; WO2010US36677 20100528 ; | 20110127 | CA20102768316 | 20100528 | DAYA MEDICALS INC , | DAYA JUSTIN ; DAYA KANTILAL KASAN ; | AU2010274961 AA; AU2010274961 AA; CA2768316 AA; CN102497847 A; EP2456407 A2; EP2705490 A2, IL217549 A0; JP2012533403 T2; KR20120052331 A, MX2012000903 A1; SG177672 A1, US2007112593 AA; US2010100391 AA; US2010305967 AA, US2010305975 AA; US2012101630 AA; US2013317645 AA; WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| CN102497847 | A | CONDITIONNEMENT PHARMACEUTIQUE ET SON PROCEDE D'ADMINISTRATION PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME ; | WO2010US36677 20100528 ; US20090271292P 20090720 ; US20090570427 20090930 ; | 20120613 | CN201080041901 | 20100528 | DAYA MEDICALS INC ; | JUSTIN DAYA , KASAN DAYA KANTILAL ; | AU2010274961 AA, AU2010274961 AA; CA2768316 AA; CN102497847 A; EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1; SG177672 A1, US2007112593 AA; US2010100391 AA; US2010305967 AA; US2010305975 AA; US2012101630 AA; US2013317645 AA; WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| EP2456407 | A2 | 药物包装及其递送方法 PHARMAZEUTISCHE VERPACKUNG UND VERFAHREN ZU IHRER ABGABE ; | US20090570427 20090930 , US20090271292P 20090720 ; WO2010US36677 20100528 ; | 20120530 | EP20100802586 | 20100528 | DAYA MEDICALS INC , | DAYA JUSTIN ; DAYA KANTILAL KASAN ; | AU2010274961 AA; AU2010274961 AA; CA2768316 AA, CN102497847 A; EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1; SG177672 A1, US2007112593 AA; US2010100391 AA, US2010305967 AA; US2010305975 AA; US2012101630 AA; US2013317645 AA, WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| EP2705490 | A2 | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME ; CONDITIONNEMENT PHARMACEUTIQUE ET SON PROCEDE D'ADMINISTRATION PHARMAZEUTISCHE VERPACKUNG UND VERFAHREN ZU IHRER ABGABE ; | US20110093979 20110421 ; US20110462685P 20110207 , WO2012US24126 20120207 ; | 20140312 | EP20120744924 | 20120207 | DAYA MEDICALS INC ; | DAYA KANTILAL KASAN , DAYA JUSTIN K ; | AU2010274961 AA, AU2010274961 AA; CA2768316 AA; CN102497847 A; EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2, KR20120052331 A; MX2012000903 A1; SG177672 A1; US2007112593 AA; US2010100391 AA; US2010305967 AA, US2010305975 AA; US2012101630 AA; US2013317645 AA; WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| IL217549 | A0 | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME ; CONDITIONNEMENT PHARMACEUTIQUE ET SON PROCEDE D'ADMINISTRATION PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY DELIVERY OF SAME ; | US20090271292P 20090720 ; US20090570427 20090930 ; WO2010US36677 20100528 ; | 20120301 | IL20120217549 | 20120115 | DAYA KANTILAL KASAN , DAYA MEDICALS INC , DAYA JUSTIN , | | AU2010274961 AA; AU2010274961 AA; CA2768316 AA; CN102497847 A; EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1; SG177672 A1, US2007112593 AA; US2010100391 AA; US2010305967 AA; US2010305975 AA; US2012101630 AA, US2013317645 AA, WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |

NOT OFFICIAL COPY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| JP2012533403 | T2 | 医薬品包装及びその配送方法 | US20090570427 20090930, US20090271292P 20090720; WO2010US36677 20100528; | 20121227 JP2012052163X7 | 20100528 | | AU2010274961 AA; AU2010274961 AA, CA2768316 AA; CN102497847 A, EP2456407 A2; EP2705490 A2, IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1; SG177672 A1; US2007112593 AA, US2010100391 AA; US2010305967 AA; US2010305975 AA, US2012101630 AA; US2013317645 AA, WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| KR20120052331 | A | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME; | US20090570427 20090930; US20090271292P 20090720. | 20120523 KR20127004247 | 20100528 DAYA MEDICALS INC; | DAYA JUSTIN; DAYA KANTILAL KASAN; | AU2010274961 AA; AU2010274961 AA; CA2768316 AA; CN102497847 A; EP2456407 A2; EP2705490 A2; IL217549 A0, JP2012533403 T2; KR20120052331 A; MX2012000903 A1; SG177672 A1; US2007112593 AA; US2010100391 AA, US2010305967 AA; US2010305975 AA, US2012101630 AA; US2013317645 AA, WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| MX2012000903 | A1 | 약제 패키징 및 그의 전달 방법 PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME.; | US20090271292P 20090720; US20090570427 20090930; WO2010US36677 20100528; | 20130226 MX2012000903 | 20120119 DAYA MEDICALS INC; | DAYA JUSTIN; DAYA KANTILAL KASAN, | AU2010274961 AA, AU2010274961 AA; CA2768316 AA, CN102497847 A; EP2456407 A2, EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1, SG177672 A1, US2007112593 AA; US2010100391 AA; US2010305967 AA; US2010305975 AA, US2012101630 AA; US2013317645 AA, WO11011114 A2, WO11011114 A3; WO12109229 A2; | Click for PDF |
| SG177672 | A1 | ENVASE FARMACEUTICO Y METODO DE SUMINISTRO DEL MISMO. PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME | US20090271292P 20090720; US20090570427 20090930; WO2010US36677 20100528. | 20120228 SG201200003O4 | 20100528 DAYA MEDICALS INC; | DAYA JUSTIN, DAYA KANTILAL KASAN; | AU2010274961 AA, AU2010274961 AA; CA2768316 AA; CN102497847 A; EP2456407 A2, EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1; SG177672 A1; US2007112593 AA, US2010100391 AA, US2010305967 AA; US2010305975 AA; US2012101630 AA; US2013317645 AA; WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| US2007112593 | AA | SELECTION SYSTEM, DISPENSING SYSTEM AND TREATMENT WITH A ONE-A-DAY COMBINATION PILL FOR HYPERTENSION, HYPERCHOLESTEROLEMIA, HYPERTRIGLYCERIDEMIA AND ANTI-PLATELET TREATMENT | US20060348786 20060207; US20050742576P 20051206, US20050736355P 20051114; | 20070517 US20060348786 | 20060207 RICERA PHARMACEUTICAL INC, | DAYA KANTILAL K; | AU2010274961 AA; AU2010274961 AA; CA2768316 AA; CN102497847 A; EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1; SG177672 A1, US2007112593 AA; US2010100391 AA; US2010305967 AA; US2010305975 AA, US2012101630 AA; US2013317645 AA; WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| US2010100391 | AA | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME | US20090570427 20090930, US20060348786 20060207; US20050742576P 20051206; US20050736355P 20051114; US20090271292P 20090720, | 20100422 US20090570427 | 20090930 DAYA JUSTIN K; DAYA KANTILAL KASAN; | DAYA JUSTIN K; DAYA KANTILAL KASAN; | AU2010274961 AA; AU2010274961 AA; CA2768316 AA; CN102497847 A; EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1; SG177672 A1; US2007112593 AA; US2010100391 AA; US2010305967 AA, US2010305975 AA, US2012101630 AA; US2013317645 AA; WO11011114 A2; WO11011114 A3; WO12109229 A2. | Click for PDF |
| US2010305967 | AA | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME | US20100790336 20100528; US20060348786 20060207, US20090570427 20090930; US20050742576P 20051206, US20050736355P 20051114; US20090271292P 20090720; | 20101202 US20100823950 | 20100625 DAYA KANTILAL KASAN; DAYA JUSTIN K, | DAYA KANTILAL KASAN, DAYA JUSTIN K; | AU2010274961 AA, AU2010274961 AA; CA2768316 AA, CN102497847 A; EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A, MX2012000903 A1; SG177672 A1; US2007112593 AA, US2010100391 AA, US2010305967 AA; US2010305975 AA, US2012101630 AA; US2013317645 AA; WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| US2010305975 | AA | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME | US20100790336 20100528 , US20060348786 20060207 ; US20090570427 20090930 ; US20050742576P 20051206 , US20050736355P 20051114 ; US20090271292P 20090720 ; | 20101202 US20100790336 | 20100528 DAYA KANTILAL KASAN , DAYA JUSTIN K ; | DAYA KANTILAL KASAN ; DAYA JUSTIN K ; | AU2010274961 AA; AU2010274961 AA, CA2768318 AA, CN102497847 A, EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1, SG177672 A1; US2007112593 AA, US2010100391 AA, US2010305967 AA; US2010305975 AA; US2012101630 AA; US2013317645 AA, WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| US2012101630 | AA | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME | US20110091979 20110421 ; US20100823950 20100625 ; US20100790336 20100528 , US20090570427 20090930 ; US20060348786 20060207 ; US20090271292P 20090720 , US20050742576P 20051206 , US20050736355P 20051114 ; US20110462685P 20110207 ; | 20120426 US20110091979 | 20110421 DAYA KANTILAL KASAN ; DAYA JUSTIN K ; | DAYA KANTILAL KASAN ; DAYA JUSTIN K ; | AU2010274961 AA; AU2010274961 AA; CA2768316 AA, CN102497847 A; EP2456407 A2, EP2705490 A2, IL217549 A0; JP2012533403 T2; KR20120052331 A, MX2012000903 A1; SG177672 A1; US2007112593 AA; US2010100391 AA, US2010305967 AA, US2010305975 AA, US2012101630 AA; US2013317645 AA, WO11011114 A2; WO11011114 A3; WO12109229 A2, | Click for PDF |
| US2013317645 | AA | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME | US20130959013 20130805 ; US20110091979 20110421 , US20100823950 20100625 ; US20100790336 20100528 , US20090570427 20090930 ; US20060348786 20060207 ; US20090271292P 20090720 ; US20050742576P 20051206 ; US20050736355P 20051114 ; US20110462685P 20110207 . | 20131128 US20130959013 | 20130805 DAYA KANTILAL KASAN ; DAYA JUSTIN K ; | DAYA KANTILAL KASAN , DAYA JUSTIN K ; | AU2010274961 AA, AU2010274961 AA; CA2768316 AA; CN102497847 A, EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A, MX2012000903 A1; SG177672 A1; US2007112593 AA; US2010100391 AA; US2010305967 AA, US2010305975 AA; US2012101630 AA, US2013317645 AA; WO11011114 A2, WO11011114 A3, WO12109229 A2, | Click for PDF |
| WO11011114 | A2 | PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME . | US20090570427 20090930 ; US20090271292P 20090720 , | 20110127 WO2010US36677 | 20100528 DAYA KANTILAL KASAN , DAYA MEDICALS INC , DAYA JUSTIN ; | DAYA JUSTIN , DAYA KANTILAL KASAN ; | AU2010274961 AA; AU2010274961 AA; CA2768316 AA, CN102497847 A, EP2456407 A2; EP2705490 A2; IL217549 A0; JP2012533403 T2; KR20120052331 A; MX2012000903 A1; SG177672 A1; US2007112593 AA, US2010100391 AA; US2010305967 AA; US2010305975 AA; US2012101630 AA; US2013317645 AA; WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| WO12109229 | A2 | CONDITIONNEMENT PHARMACEUTIQUE ET SON PROCEDE D'ADMINISTRATION<br>PHARMACEUTICAL PACKAGING AND METHOD FOR DELIVERY OF SAME ; | US20110091979 20110421 ; US20110462685P 20110207 ; | 20120816 WO2012US24126 | 20120207 DAYA MEDICALS INC , DAYA KANTILAL KASAN ; DAYA JUSTIN K , | DAYA KANTILAL KASAN ; DAYA JUSTIN K ; | AU2010274961 AA, AU2010274961 AA, CA2768316 AA; CN102497847 A; EP2456407 A2; EP2705490 A2, IL217549 A0; JP2012533403 T2, KR20120052331 A, MX2012000903 A1, SG177672 A1, US2007112583 AA; US2010100391 AA, US2010305967 AA, US2010305975 AA; US2012101630 AA; US2013317645 AA, WO11011114 A2; WO11011114 A3; WO12109229 A2; | Click for PDF |
| US2013193621 | AA | CONDITIONNEMENT PHARMACEUTIQUE ET SON PROCEDE D'ADMINISTRATION<br>SYSTEMS AND METHODS OF ON-DEMAND CUSTOMIZED MEDICAMENT DOSES BY 3D PRINTING | US20130750629 20130125 ; US20120590994P 20120126 . | 20130801 US20130750629 | 20130125 DAYA JUSTIN ; DAYA KANTILAL KASAN ; | DAYA JUSTIN ; DAYA KANTILAL KASAN ; | US2013193621 AA; WO13112882 A1; | Click for PDF |
| WO13112882 | A1 | SYSTEMS AND METHODS OF ON-DEMAND CUSTOMIZED MEDICAMENT DOSES BY 3D PRINTING ;<br>SYSTEMES ET PROCEDES DE PERSONNALISATION DE DOSES DE MEDICAMENT A LA DEMANDE PAR IMPRESSION 3D | US20120590994P 20120126 ; | 20130801 WO2013US23212 | 20130125 DAYA JUSTIN ; DAYA KANTILAL KASAN ; | DAYA JUSTIN , DAYA KANTILAL KASAN , | US2013193621 AA; WO13112882 A1, | Click for PDF |
| USD650986 | S1 | MEDICATION STORAGE AND DELIVERY DEVICE | US20100380281F 20101202 ; | 20111227 US20100380281F | 20101202 DAYA MEDICALS INC ; BRADY ROBERT ; CHARTIER JOEL , HOLMEN ERIK - | BRADY ROBERT ; CHARTIER JOEL ; HOLMEN ERIK | CA140866 S, USD650986 S1; | Click for PDF |
| CA140866 S | S | MEDICATION STORAGE AND DELIVERY DEVICE | US20100380281F 20101202 , | 20120109 CA20110140866F | 20110602 DAYA MEDICALS INC , BRADY ROBERT ; CHARTIER JOEL ; HOLMEN ERIK , | BRADY ROBERT ; CHARTIER JOEL ; HOLMEN ERIK ; | CA140866 S; USD650986 S1; | PDF not available |

# ASSIGNMENT

**KNOW ALL MEN BY THESE PRESENTS THAT,** we, Daya Medicals, Inc., for ourselves and our owners, officers, directors, parents, subsidiaries, affiliates, employees, and agents, successors (collectively, “Dayamed” or the "Assignor") hereby intending to be legally bound, do hereby assign, transfer and set over unto SCOTT D. SMILEY ("Receiver"), pursuant to the Order Appointing Receiver And Other Relief entered on August 6, 2015, and appointed by the Order of Appointment of Receiver entered on August 18, 2015, by the Circuit Court of Broward County, Florida (Lynch, J.), all of our rights, title, and interest in and to U.S. Patent Application Number 13/959013 and U.S. Patent Application Number 13/750629 and any other patents, patent applications and other intellectual property listed on the attached Schedule "A" (collectively, the "Property"), in whole or in part, and we, the Assignor, do hereby constitute and appoint the Receiver our true and lawful attorney-in-fact, irrevocably in the premises, to do and perform all acts, matters and things touching upon the premises, in like manner, and to all intents and purposes, as we could if personally present.

Further, we, the Assignor, represent that we have the right to assign the Property to the Receiver in the manner described, and that we will not at any time hereafter receive the Property or any part thereof nor revoke the power of attorney given, nor do any act whereby the Receiver may be hindered or prevented from enforcing any rights in, to, or arising out of the Property.

We, and all persons rightfully claiming any interest in the Property will, at any time, execute such further assurances and provide such documentation to give full effect to the assignment of the Property to the Receiver as he/she may reasonably require.

This Assignment may not be modified or amended except by an instrument in writing signed by both the Assignor and the Receiver, or by an Order of the Court.

The undersigned Assignor represents and warrants that he is duly authorized to execute this Assignment.

SIGNED this___________day of February, 2016.

DAYA MEDICALS, INC.

By:_______________________________________
Justin K. Daya, Its Chief Executive Officer

Sworn to and subscribed before me, to be her free act and deed, on this ____day of February, 2016, by Kantilal Daya, personally known by me or who has produced a _________________ ______________________________ as identification.

_________________________________________
(Notary Public)

If necessary, should Daya Medicals, Inc. fail or refuse to execute this Assignment:

CLERK OF THE CIRCUIT COURT,
BROWARD COUNTY, FLORIDA

By:_____________________
Deputy Clerk

**ASSIGNMENT**

**KNOW ALL MEN BY THESE PRESENTS THAT,** we, Justin K. Daya, for myself and agents, successors and assigns (collectively, the "Assignor") hereby intending to be legally bound, do hereby assign, transfer and set over unto SCOTT D. SMILEY ("Receiver"), pursuant to the Order Appointing Receiver And Other Relief entered on August 6, 2015, and appointed by the Order of Appointment of Receiver entered on August 18, 2015, by the Circuit Court of Broward County, Florida (Lynch, J.), all of our rights, title, and interest in and to U.S. Patent Application Number 13/959013 and U.S. Patent Application Number 13/750629 and any other patents, patent applications and other intellectual property listed on the attached Schedule "A" (collectively, the "Property") that we own, in whole or in part, and we, the Assignor, do hereby constitute and appoint the Receiver our true and lawful attorney-in-fact, irrevocably in the premises, to do and perform all acts, matters and things touching upon the premises, in like manner, and to all intents and purposes, as we could if personally present.

Further, we, the Assignor, represent that we have the right to assign the Property to the Receiver in the manner described, and that we will not at any time hereafter receive the Property or any part thereof nor revoke the power of attorney given, nor do any act whereby the Receiver may be hindered or prevented from enforcing any rights in, to, or arising out of the Property.

We, and all persons rightfully claiming any interest in the Property will, at any time, execute such further assurances and provide such documentation to give full effect to the assignment of the Property to the Receiver as he/she may reasonably require.

This Assignment may not be modified or amended except by an instrument in writing signed by both the Assignor and the Receiver, or by an Order of the Court.

The undersigned Assignor represents and warrants that he is duly authorized to execute this Assignment.

SIGNED this___________day of February, 2016.

JUSTIN K. DAYA, Individually

______________________________________

Sworn to and subscribed before me, to be her free act and deed, on this __ ___day of February, 2016, by Justin K. Daya, personally known by me or who has produced a _________________ ____________________________________________ as identification.

______________________________________

(Notary Public)

If necessary, should Justin K. Daya fail or refuse to execute this Assignment:

CLERK OF THE CIRCUIT COURT,
BROWARD COUNTY, FLORIDA

By:_____________________
Deputy Clerk

**ASSIGNMENT**

**KNOW ALL MEN BY THESE PRESENTS THAT,** we, Kantilal Daya a.k.a. Kanti Daya, for myself and agents, successors and assigns (collectively, the "Assignor") hereby intending to be legally bound, do hereby assign, transfer and set over unto SCOTT D. SMILEY ("Receiver"), pursuant to the Order Appointing Receiver And Other Relief entered on August 6, 2015, and appointed by the Order of Appointment of Receiver entered on August 18, 2015, by the Circuit Court of Broward County, Florida (Lynch, J.), all of our rights, title, and interest in and to U.S. Patent Application Number 13/959013 and U.S. Patent Application Number 13/750629 and any other patents, patent applications and other intellectual property listed on the attached Schedule "A" (collectively, the "Property") that we own, in whole or in part, and we, the Assignor, do hereby constitute and appoint the Receiver our true and lawful attorney-in-fact, irrevocably in the premises, to do and perform all acts, matters and things touching upon the premises, in like manner, and to all intents and purposes, as we could if personally present.

Further, we, the Assignor, represent that we have the right to assign the Property to the Receiver in the manner described, and that we will not at any time hereafter receive the Property or any part thereof nor revoke the power of attorney given, nor do any act whereby the Receiver may be hindered or prevented from enforcing any rights in, to, or arising out of the Property.

We, and all persons rightfully claiming any interest in the Property will, at any time, execute such further assurances and provide such documentation to give full effect to the assignment of the Property to the Receiver as he/she may reasonably require.

This Assignment may not be modified or amended except by an instrument in writing signed by both the Assignor and the Receiver, or by an Order of the Court.

The undersigned Assignor represents and warrants that he is duly authorized to execute this Assignment.

SIGNED this___________day of February, 2016.

KANTILAL DAYA, Individually

______________________________________

Sworn to and subscribed before me, to be her free act and deed, on this __ ___day of February, 2016, by Kantilal Daya, personally known by me or who has produced a_________________ ________________________________________ as identification.

______________________________________

(Notary Public)

If necessary, should Kantilal Daya fail or refuse to execute this Assignment:

CLERK OF THE CIRCUIT COURT,
BROWARD COUNTY, FLORIDA

By:____________________
Deputy Clerk