# Michael D. Moccia, Esq.

| | |
|---|---|
| **From:** | Rodriguez, Ariel  (USTP) <Ariel.Rodriguez@usdoj.gov> |
| **Sent:** | Wednesday, March 09, 2016 7:59 AM |
| **To:** | Eric R. Stanco |
| **Cc:** | Scott Smiley; Michael D. Moccia, Esq.; jkdaya@gmail.com; doctorkanti@gmail.com |
| **Subject:** | RE: DKMC, Inc. and Dana Klein v. Daya Medicals, Kantilal Daya and Justin Daya (CACE 12-016148 (05)) |

That's different since the emails are not clear. To the extent the receiver is asking the debtor (not the individuals or other companies) to execute a document, then the automatic stay is in place. I'm just throwing in my two cents. If the debtor believes that the automatic stay is being violated, it can file a motion under 362 (h). That's not my call. I defer to the debtor.

Ariel


-------- Original message --------
From: "Eric R. Stanco" <erstanco@suretylaw.com>
Date: 03/09/2016 2:42 AM (GMT-05:00)
To: "Rodriguez, Ariel (USTP)" <Ariel.Rodriguez@UST.DOJ.GOV>
Cc: Scott Smiley <scott@conceptlaw.com>, "Michael D. Moccia, Esq." <mdm@moccialaw.com>, jkdaya@gmail.com, doctorkanti@gmail.com
Subject: Re: DKMC, Inc. and Dana Klein v. Daya Medicals, Kantilal Daya and Justin Daya (CACE 12-016148 (05))

Ariel:

The automatic stay is not applicable to the personally owned IP, which is the property for which the Receiver is demanding delivery of the assignments. Please see the schedule of IP at issue.  This is property over which the Debtor had originally sought to extend the Stay, then claimed a previously executed assignment, etc., and now asserts has instead been assigned to a Canadian company wholly owned by Justin personally - a purported assignment for which notice has yet to be recorded in the PTO.

Justin and his father are in contempt of the Circuit Court's order on many levels.


Sent via iPhone
Eric R. Stanco
Stanco & Robinson, LLC
Annapolis/FtLauderdale/Naples/Washington
erstanco@suretylaw.com<mailto:erstanco@suretylaw.com>

On Mar 8, 2016, at 4:54 PM, Rodriguez, Ariel (USTP) <Ariel.Rodriguez@usdoj.gov<mailto:Ariel.Rodriguez@usdoj.gov>> wrote:

The automatic stay is in effect as of petition date. The receiver needs a court order from bankruptcy court in order to do anything.

Ariel Rodriguez, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
Phone:  (305) 536-7409
Fax:  (305) 536-7360

<image001.png>

PRIVACY NOTICE:</>

This e-mail and any attachments are private and may be protected by privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.


From: Scott Smiley [mailto:scott@conceptlaw.com]
Sent: Tuesday, March 08, 2016 4:50 PM
To: Michael D. Moccia, Esq.; jkdaya@gmail.com<mailto:jkdaya@gmail.com>; doctorkanti@gmail.com<mailto:doctorkanti@gmail.com>
Cc: 'Eric R. Stanco'; Rodriguez, Ariel (USTP)
Subject: RE: DKMC, Inc. and Dana Klein v. Daya Medicals, Kantilal Daya and Justin Daya (CACE 12-016148 (05))

Mr. Stanco,

I would like to hear your thoughts on Mr. Moccia's position.

Best Regards,
Scott Smiley
The Concept Law Group, P.A.
An Intellectual Property Law Firm

Museum Plaza
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301
Office:	(754) 300-1500
Direct:	(754) 300-1315
Fax:	(754) 300-1501
www.ConceptLaw.com<http://www.conceptlaw.com/>
Scott@ConceptLaw.com<mailto:Scott@ConceptLaw.com>

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

From: Michael D. Moccia, Esq. [mailto:mdm@moccialaw.com]
Sent: Tuesday, March 08, 2016 4:42 PM
To: Scott Smiley <scott@conceptlaw.com<mailto:scott@conceptlaw.com>>; jkdaya@gmail.com<mailto:jkdaya@gmail.com>; doctorkanti@gmail.com<mailto:doctorkanti@gmail.com>
Cc: 'Eric R. Stanco' <erstanco@suretylaw.com<mailto:erstanco@suretylaw.com>>; 'Rodriguez, Ariel (USTP)' <Ariel.Rodriguez@usdoj.gov<mailto:Ariel.Rodriguez@usdoj.gov>>
Subject: RE: DKMC, Inc. and Dana Klein v. Daya Medicals, Kantilal Daya and Justin Daya (CACE 12-016148 (05))

Mr. Smiley,

There is no stay order because the stay is automatic by operation of law pursuant to 11 U.S.C. §362.  There was a Suggestion of Bankruptcy filed in the Circuit Court that put all parties on notice of the automatic stay pursuant to 11 U.S.C. §362.  The Motion filed at ECF No. 8 was to extend the bankruptcy stay over Justin Daya and Dr. Kanti Daya; the stay over Daya Medicals, Inc. has been in effect since the bankruptcy case commenced.  The Motion filed at ECF No. 8 was eventually abandoned and not ruled on because it was determined that the IP was owned by Daya Medicals, Inc. and not Justin Daya or Dr. Kanti Daya personally so such an extension of the stay was not necessary.  The stay in effect for Daya Medicals, Inc. prohibits the IP from being transferred.

With regard to the May 12, 2016 deadline, attorney Jeff Lloyd is working on the issue.  Mr. Lloyd has been approved by the bankruptcy court to work on behalf of Daya Medicals, Inc. and has been working on the IP issues since the bankruptcy case commenced.

Sincerely,

Michael D. Moccia
Principal Attorney
Law Office of Michael D. Moccia, P.A.

1200 North Federal Highway
Suite 200
Boca Raton, Florida 33432

Telephone: (561) 210-8510<tel:%28561%29%20210-8510>
Facsimile: (561) 210-8509<tel:%28561%29%20210-8509>

Email: mdm@moccialaw.com<mailto:mdm@moccialaw.com>
Web: http://www.moccialaw.com<http://www.moccialaw.com/>

CONFIDENTIALITY NOTICE:
This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Further, you are requested to please notify us immediately by telephone and return the original message to us at the above address.


From: Scott Smiley [mailto:scott@conceptlaw.com]
Sent: Tuesday, March 08, 2016 4:21 PM
To: Michael D. Moccia, Esq. <mdm@moccialaw.com<mailto:mdm@moccialaw.com>>; jkdaya@gmail.com<mailto:jkdaya@gmail.com>; doctorkanti@gmail.com<mailto:doctorkanti@gmail.com>
Cc: 'Eric R. Stanco' <erstanco@suretylaw.com<mailto:erstanco@suretylaw.com>>; 'Rodriguez, Ariel (USTP)' <Ariel.Rodriguez@usdoj.gov<mailto:Ariel.Rodriguez@usdoj.gov>>

Subject: RE: DKMC, Inc. and Dana Klein v. Daya Medicals, Kantilal Daya and Justin Daya (CACE 12-016148 (05))

Michael,

I will be happy to speak to you, but want to make clear, your threat of sanctions is not well taken. From my viewpoint, I am under court order from Judge Lynch to obtain execution of the assignments. You have not provided me any orders from any court that alleviates my duty to protect the intellectual-property assets by securing these assignments. If you have such an order, please forward it to me ASAP.

I note that docket no. 8 in the bankruptcy proceeding is a motion by you to stay my receivership duties, but I do not see any orders granting that motion. If I am overlooking it in the docket, I would appreciate you forwarding me a copy. Otherwise, from my point of view, I am still obligated to carry out Judge Lynch's orders.

I would also like to point out to all copied here, including Mr. Rodriguez, that the timer is ticking on US Patent App. No. 13,750,629, which was rejected on January 12, 2016 and has a shortened statutory reply deadline of May 12, 2016. Someone needs to assume responsibility for responding to the Patent Office to fight the rejection.

Best Regards,
Scott Smiley
The Concept Law Group, P.A.
An Intellectual Property Law Firm

Museum Plaza
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301
Office:    (754) 300-1500
Direct:    (754) 300-1315
Fax:       (754) 300-1501
www.ConceptLaw.com<http://www.conceptlaw.com/>
Scott@ConceptLaw.com<mailto:Scott@ConceptLaw.com>

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

From: Michael D. Moccia, Esq. [mailto:mdm@moccialaw.com]
Sent: Tuesday, March 08, 2016 3:39 PM
To: Scott Smiley <scott@conceptlaw.com<mailto:scott@conceptlaw.com>>;
jkdaya@gmail.com<mailto:jkdaya@gmail.com>; doctorkanti@gmail.com<mailto:doctorkanti@gmail.com>
Cc: 'Eric R. Stanco' <erstanco@suretylaw.com<mailto:erstanco@suretylaw.com>>; 'Rodriguez, Ariel (USTP)'
<Ariel.Rodriguez@usdoj.gov<mailto:Ariel.Rodriguez@usdoj.gov>>
Subject: RE: DKMC, Inc. and Dana Klein v. Daya Medicals, Kantilal Daya and Justin Daya (CACE 12-016148 (05))

Mr. Smiley,

Per our last communications in this regard, you said that you were going to call me to discuss the matter which you never did.

As you are aware, Daya Medicals, Inc. is in bankruptcy.  My clients cannot execute the proposed assignments as doing so would transfer property of a bankruptcy debtor protected by the stay provisions of 11 U.S.C. §362.  Any execution of the proposed assignment would be a violation of the bankruptcy stay and will subject my clients to significant sanctions from the bankruptcy court.

Furthermore, your communications attempting to get my clients to execute these assignments is a clear violation of the bankruptcy stay and you are subjecting yourself to sanctions in making these communications.  While I do not believe that you are intentionally violating the bankruptcy stay, any further attempt to get my clients to sign these assignments will be met with a stay violation motion against you.  Additionally, making a motion in state court for judicial execution of the assignments will also be met with a stay violation motion.

I have copied the US Trustee's Office on this response to make them aware of this issue.  Please feel free to call me if you would like to discuss this matter further.

Sincerely,

Michael D. Moccia
Principal Attorney
Law Office of Michael D. Moccia, P.A.

1200 North Federal Highway
Suite 200
Boca Raton, Florida 33432

Telephone: (561) 210-8510<tel:%28561%29%20210-8510>
Facsimile: (561) 210-8509<tel:%28561%29%20210-8509>

Email: mdm@moccialaw.com<mailto:mdm@moccialaw.com>
Web: http://www.moccialaw.com<http://www.moccialaw.com/>

CONFIDENTIALITY NOTICE:
This message is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Further, you are requested to please notify us immediately by telephone and return the original message to us at the above address.


From: Scott Smiley [mailto:scott@conceptlaw.com]
Sent: Tuesday, March 08, 2016 3:16 PM
To: Michael D. Moccia, Esq. <mdm@moccialaw.com<mailto:mdm@moccialaw.com>>; jkdaya@gmail.com<mailto:jkdaya@gmail.com>; doctorkanti@gmail.com<mailto:doctorkanti@gmail.com>
Cc: Eric R. Stanco <erstanco@suretylaw.com<mailto:erstanco@suretylaw.com>>
Subject: DKMC, Inc. and Dana Klein v. Daya Medicals, Kantilal Daya and Justin Daya (CACE 12-016148 (05))

Dear Mr. Moccia,

As you are aware, I am acting as an agent of the court in the above-identified case.  On February 11, 2016 you received the attached letter from me entitled "Moccia Letter re Assignments".  On February 19, 2016, your clients, the Dayas, received the same letter, which is attached and titled "Daya Letter re IP Assignments".  I have attached your signature cards evidencing your receipt of these letters.

5

I am sorry that you have decided not to respond to order of the court.  Please be reminded that, in the Order Appointing Receiver, Judge Lynch stated "should any party fail or refuse with the terms and requirements of this Order, the Court shall treat such failure as a direct violation of this Order, subjecting such party to contempt of court proceedings."

Before bringing the Daya's lack of response to Judge Lynch's attention, I would like to provide you one last opportunity to execute the assignment documents.  If you have a basis for refusing to do so, I will be happy to consider including such a basis in my motion to the Court.

If I do not hear from you by end of business on Thursday, March 10th, I will move the court for judicial execution of the assignments and any appropriate sanctions.

Best Regards,
Scott Smiley
The Concept Law Group, P.A.
An Intellectual Property Law Firm

Museum Plaza
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301
Office:    (754) 300-1500
Direct:    (754) 300-1315
Fax:       (754) 300-1501
www.ConceptLaw.com<http://www.conceptlaw.com/>
Scott@ConceptLaw.com<mailto:Scott@ConceptLaw.com>

NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 754.300.1500 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.